UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                                         Case No.  2:23-cr-62

Torres Hunt

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 3/31/2023 at 1:45pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Liz Geraghty |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Laura Byrum |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Dani Escamilla |

Hearing Type:  Detention Hearing and Arraignment on Indictment

Court finds there are no conditions of release that would reasonably assure Defendant's appearance and the safety of the community.

Parties consent to hearing being digitally recorded
Defendant pleads not guilty to the indictment
Scheduling Order issued by Judge Morrison on 3/30/2023; Jury trial set for 6/5/2023 at 9am